UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER ACOSTA, *Secretary of Labor, United States Department of Labor*,<br><br>Plaintiff,<br><br>v.<br><br>LOCAL 369, UTILITY WORKERS UNION OF AMERICA,<br><br>Defendant. | Civil Action No. 18-10828-NMG (MBB) |

## ASSENTED-TO MOTION FOR A STAY
## IN LIGHT OF LAPSE OF APPROPRIATIONS

Plaintiff, Alexander Acosta, Secretary of the United States Department of Labor, hereby moves for a stay of the deadlines and dates set by the Court's scheduling order entered on August 15, 2018 (Document No. 16).

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice ("Department") expired and appropriations to the Department lapsed. The same is true for several other Executive agencies. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department attorneys, including the undersigned Assistant United States Attorney ("AUSA"), are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. The undersigned AUSA therefore requests a stay of the deadlines set by the Court until Congress has restored appropriations to the Department.

4. If the Court grants this motion for a stay, the undersigned AUSA will notify the Court as soon as Congress has appropriated funds for the Department and, at that time, propose an amended scheduling order with deadlines and dates commensurate with the duration of the lapse in appropriations.

5. The undersigned AUSA has conferred with counsel for the Defendant, who confirmed that Defendant assents to the relief requested by this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, Plaintiff hereby moves for a stay of the deadlines in this case until Department attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ Jessica P. Driscoll*
Jessica P. Driscoll, BBO No. 655394
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3398
Dated: January 11, 2019   Jessica.Driscoll@usdoj.gov

**Local Rule 7.1 Certification**

I hereby certify that that I conferred *via* email with Paul F. Kelly, Esq., attorney for the Defendant, who confirmed that Defendant assents to the relief requested by this motion.

*/s/ Jessica P. Driscoll*
Jessica P. Driscoll
Dated: January 11, 2019   Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

  I, Jessica P. Driscoll, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by First Class Mail.

|  |  |
|---|---|
|  | */s/ Jessica P. Driscoll* |
|  | Jessica P. Driscoll |
| Dated: January 11, 2019 | Assistant United States Attorney |