UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EUGENE SCALIA, Secretary of Labor,[1] <br> United States Department of Labor, <br><br>                 Plaintiff, <br><br>      v. <br><br> LOCAL 369, UTILITY WORKERS UNION OF AMERICA, <br><br>                 Defendant. | Civil Action No. 18-10828-NMG |

## ASSENTED-TO MOTION FOR FINAL JUDGMENT

Now comes the Plaintiff Eugene Scalia, Secretary of Labor ("Plaintiff"), by and through his attorney, Andrew E. Lelling, the Unites States Attorney for the District of Massachusetts, and hereby moves the Court for a final judgment declaring that Brendan Lee is an officer of Local 369, Utility Workers Union of America, pursuant to the Certification of Election attached hereto as Exhibit A. As grounds therefor, Plaintiff states:

    1.    Plaintiff and Defendant Local 369, Utility Workers Union of America ("Defendant") reached a settlement agreement in this case on September 13, 2019, which they filed with the Court on September 16, 2019. *See* ECF No. 56.

    2.    Pursuant to the settlement, Plaintiff and Defendant agreed that: (1) Defendant would rerun the 2017 election for the vacant Trustee-at-Large position under the supervision of the Department of Labor's Office of Labor-Management Standards; (2) the Court would retain jurisdiction pending completion of the supervised election, after which the Secretary would

---

[1] This action was originally brought by R. Alexander Acosta, former Secretary of Labor. Eugene Scalia has been appointed Secretary of Labor and therefore substituted as Plaintiff in accordance with Federal Rule of Civil Procedure 25(d).

promptly certify to the Court the name of the person duly elected to serve as a Trustee of Local 369; and (3) upon certification, the Court would enter a final judgment declaring that such person is an officer.  *See* ECF No. 56 ¶ 2.

3. Defendant has completed the supervised election for the Trustee-at-Large position, and Brendan Lee was elected as a Trustee.  *See* Ex. A.

4. Plaintiff respectfully requests that the Court enter a final judgment declaring that Brendan Lee is an officer of Local 369, Utility Workers Union of America.

5. Defendant assents to this motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter a final judgment declaring the Brendan Lee is an officer of Local 369, Utility Workers Union of America.

                Respectfully submitted,

                ANDREW E. LELLING
                United States Attorney

By: _____
       Alexandra L. Brazier, BBO No. 679575
       Evan D. Panich, BBO. No. 681730
       Assistant United States Attorneys
       John Joseph Moakley U.S. Courthouse
       1 Courthouse Way - Suite 9200
       Boston, Massachusetts  02210
       (617) 748-3100
       Alexandra.Brazier@usdoj.gov

Dated: January 16, 2020       Evan.Panich@usdoj.gov

### **Local Rule 7.1 Certification**

I hereby certify that counsel for the Plaintiff conferred with attorney Paul F. Kelly, who indicated that Defendant assents to the relief requested by this motion.

_____
Alexandra Brazier

Dated: January 16, 2020       Assistant United States Attorney