# Exhibit A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EUGENE SCALIA, Secretary of Labor,[1] <br> United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> LOCAL 369, UTILITY WORKERS UNION OF AMERICA, <br><br> Defendant. | Civil Action No. 18-10828-NMG |

## CERTIFICATION OF ELECTION

The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to a Stipulation of Settlement and Order entered September 16, 2019, in the United States District Court for the District of Massachusetts, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 ("LMRDA") (29 U.S.C. §§ 481-483), and in conformity with the constitution and bylaws of the defendant labor organization, insofar as lawful and practicable, and no post-election complaints having been received concerning the conduct thereof, therefore:

Pursuant to Section 402(c) of the LMRDA (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidate has been duly elected to the office designated:

Brendan Lee                    Trustee-at-Large

January 13, 2020
Date

Brian A. Pifer, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor

---

[1] This action was originally brought by R. Alexander Acosta, former Secretary of Labor. Eugene Scalia has been appointed Secretary of Labor and therefore substituted as Plaintiff in accordance with Rule 25(d), Federal Rules of Civil Procedure.