UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| EUGENE SCALIA, Secretary of Labor,[1] United States Department of Labor, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 18-10828-NMG |
| v. | ) ) ) | |
| LOCAL 369, UTILITY WORKERS UNION OF AMERICA, | ) ) ) ) | |
| Defendant. | ) ) ) | |

### ASSENTED-TO MOTION FOR FINAL JUDGMENT

Now comes the Plaintiff Eugene Scalia, Secretary of Labor ("Plaintiff"), by and through his

attorney, Andrew E. Lelling, the Unites States Attorney for the District of Massachusetts, and

hereby moves the Court for a final judgment declaring that Brendan Lee is an officer of Local 369,

Utility Workers Union of America, pursuant to the Certification of Election attached hereto as

Exhibit A. As grounds therefor, Plaintiff states:

1.      Plaintiff and Defendant Local 369, Utility Workers Union of America ("Defendant")

reached a settlement agreement in this case on September 13, 2019, which they filed with the Court

on September 16, 2019. *See* ECF No. 56.

2.      Pursuant to the settlement, Plaintiff and Defendant agreed that: (1) Defendant would

rerun the 2017 election for the vacant Trustee-at-Large position under the supervision of the

Department of Labor's Office of Labor-Management Standards; (2) the Court would retain

jurisdiction pending completion of the supervised election, after which the Secretary would

---

[1] This action was originally brought by R. Alexander Acosta, former Secretary of Labor. Eugene Scalia has been appointed Secretary of Labor and therefore substituted as Plaintiff in accordance with Federal Rule of Civil Procedure 25(d).

*Motion allowed.* NMGorton, USDJ 2/14/20