UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EUGENE SCALIA, Secretary of Labor,[1] United States Department of Labor,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LOCAL 369, UTILITY WORKERS UNION OF AMERICA,<br><br>　　　　　　Defendant. | Civil Action No. 18-10828-NMG |

# FINAL JUDGMENT

This Court having allowed the Assented-to Motion for Final Judgment filed by the Secretary of Labor of the United States Department of Labor, it is hereby ORDERED, ADJUDGED, and DECREED:

1.  Plaintiff and Defendant Local 369, Utility Workers Union of America ("Defendant") reached a settlement agreement in this case on September 13, 2019.

2.  Pursuant to the settlement, Plaintiff and Defendant agreed that: (1) Defendant would rerun the 2017 election for the vacant Trustee-at-Large position under the supervision of the Department of Labor's Office of Labor-Management Standards; (2) the Court would retain jurisdiction pending completion of the supervised election, after which the Secretary of Labor would promptly certify to the Court the name of the person duly elected to serve as a Trustee of Local 369; and (3) upon certification, the Court would enter a final judgment declaring that such person is an officer.

---

[1] This action was originally brought by R. Alexander Acosta, former Secretary of Labor. Eugene Scalia was appointed Secretary of Labor and therefore substituted as Plaintiff in accordance with Federal Rule of Civil Procedure 25(d).

3. Defendant completed the supervised election for the Trustee-at-Large position, and Brendan Lee was elected as a Trustee.

4. Plaintiff, with Defendant's assent, certified Brendan Lee's election to the Court and moved the Court to enter a final judgment declaring that Brendan Lee is an officer of Local 369, Utility Workers Union of America.

5. This Court therefore decrees that Brendan Lee is an officer of Local 369, Utility Workers Union of America, subject to the terms of Defendant's by-laws.

6. This Order shall be, and hereby is, the full and final disposition of this civil action.

DONE and ORDERED in Boston, Massachusetts, this <u>20</u> day of <u>February</u>, 2020.

/s/ Nathaniel M. Gorton
NATHANIEL M. GORTON
United States District Judge